LIQUIDATING HOLDING CORP. *v.* MORTGAGE & CONTRACT
CO.

COSTS—PREMIUM ON APPEAL BOND TAXABLE AS COSTS.

> Premium on appeal bond given by defendant to stay proceed-
> ings and to pay judgment if not reversed was properly taxed
> as part of its costs, where judgment against it was reversed
> on appeal (Court Rule No. 5, § 7).

Assumpsit by Liquidating Holding Corporation,
a Michigan corporation, as assignee, against Mort-
gage & Contract Company, a Michigan corporation,
for breach of contract relating to sale of interests in
real estate.   (See 258 Mich. 476.)   On plaintiff's
motion for retaxation of costs.   Submitted Octo-
ber 1, 1932.   (April, 1932, Docket No. 126, Calendar
No. 36,455.)   Denied October 28, 1932.

*Shapero & Shapero (Harold M. Shapero,* of coun-
sel), for plaintiff.

*Goodenough, Voorhies, Long & Ryan,* for defend-
ant.

PER CURIAM.   This is an appeal from taxation of
costs and involves an item of $631.56, premium on
an appeal bond, given to stay proceedings and to
pay the judgment if not reversed.

The judgment was reversed and a new trial
granted, and plaintiff contends that, under our hold-
ing in *Caswell* v. *Stearns,* 259 Mich. 445, the pre-
mium on the bond cannot be taxed as costs.   In the
*Caswell Case* no execution could have issued on the

judgment, and the only stay was against certifying the judgment to the probate court. Such is not this case. The rule applied in *Behr* v. *Baker,* 257 Mich. 487, governs, and the taxation by the clerk is affirmed, with costs to defendant.